944

No. 908. CARLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *George J. Todaro* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 909. CAVELL, WARDEN, *v.* FLETCHER. C. A. 3d Cir. Certiorari denied. *Anne X. Alpern,* Attorney General of Pennsylvania, and *Frank P. Lawley, Jr.,* Deputy Attorney General, for petitioner.

No. 911. FIRST NATIONAL OIL CORP. *v.* FLORIDA MOLASSES Co. Appellate Division, Supreme Court of New York, Second Judicial Dept. Certiorari denied. *Frank M. Rashap* for petitioner.

No. 917. SPHEERIS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Edward H. Meldman* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for respondent.

No. 920. MILLET ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Louis Granick* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander* and *Herbert E. Morris* for the United States.

No. 921. LEAVELL & PONDER, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Eugene T. Edwards* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *A. Donald Mileur* for the United States.